**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

***

| | |
|---|---|
| CYNTHIA L. CRANMER, <br><br> Plaintiff, <br><br> vs. <br><br> CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | 2:13-cv-00756-JCM-VCF <br><br> **MINUTE ORDER** |

Before the Court is the Substitution of Counsel (#27).

Plaintiff is substituting Hal Taylor, Esq. as counsel of record in place and stead of the law firm of John Boyden, Esq. The substitution only contains the signatures of John Boyden, Esq., for the law firm of Erickson, Thorpe & Swainston, Ltd., and Plaintiff Cynthia L. Cranmer. Under Local Rules IA 10-6(c), the substitution of counsel must bear the signatures of the attorneys and of the client represented. The substitution of counsel (#27) is missing the signature of Hal Taylor, Esq., of the Law Offices of Hal Taylor.

IT IS HEREBY ORDERED that the substitution of counsel (#27) is DENIED without prejudice.

IT IS FURTHER ORDERED that the new substitution of counsel must bear the signature of the new counsel.

DATED this 11th day of June, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE